IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40886
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ALEJANDRO GARCIA-RODRIGUEZ,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-97-CR-95-1
- - - - - - - - - -
February 10, 1998
Before SMITH, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

    Alejandro Garcia-Rodriguez argues that the indictment to
which he pleaded guilty did not allege that he had been convicted
previously of a felony, he pleaded guilty to simple reentry, see
8 U.S.C. § 1326(a), and therefore, the increase to his sentence
based on his prior felony conviction is improper.  In light of
controlling authority, see United States v. Vasquez-Olvera, 999
F.2d 943, 945-46 (5th Cir. 1993), the conviction and sentence are

        AFFIRMED.

_____

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.